IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SANDRA JOHNSTON ET AL,

    Plaintiff,

v.

CATHY JESS ET AL,

    Defendants.

ORDER

Case No. 18-cv-882-bbc

Plaintiff Sandra Johnston has filed a proposed civil complaint. Plaintiff seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Sandra Johnston's petition for leave to proceed without prepayment of fees is GRANTED.

Entered this 3rd day of December, 2018.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge

CC: Paul Nigl