IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

SANDRA K. NIGL,

                           Plaintiff,

    vs.

Case No. 18-cv-882-bbc

CATHY JESS, ET AL.,

                           Defendants.

_____

**PLAINTIFF'S NOTICE OF APPEAL**
_____

  Notice is hereby given that Plaintiff SANDRA K. NIGL appeals pursuant to 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for the Seventh Circuit from the following order:

  The District Court's September 29, 2020 Order entering final judgment in favor of Defendants and against Plaintiff, and any fees and/or costs taxed against Plaintiff by the Defendants and/or the District Court.  Pro se Plaintiff asks to proceed in form pauperis.  Form 4 is attached with this document.

Dated this 28th day of October 2020.

Respectfully submitted,

Sandra K. Nigl
1370 Great Plains Dr.
Apt. #2
Neenah, WI 54956
(920) 215-6908
pmnskn20@gmail.com

Pro se for Plaintiff